*July 10, 2017*

2017-Ohio-5765.]

**2017–0647. Deutsche Bank Natl. Trust Co. v. Eversole.**
Erie App. No. E–16–011, 2017-Ohio-1217. On appellant's motion to refer case to mediation. Motion denied.

**2016–1158. State ex rel. Andrasi v. Indus. Comm.**
Franklin App. No. 15AP–531, 2016-Ohio-4971. On application for dismissal. Application granted. Cause dismissed.

**2017–0350. State ex rel. Griffin v. Greene.**
In Mandamus.

**2017–0814. Huber Heights City Schools Bd. of Edn. v. Montgomery Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2015–2359 and 2015–2360.

**2017–0874. State ex rel. Kaplan v. Bozza.**
In Mandamus.

**2017–0883. State ex rel. Reichley v. Indus. Comm.**
Franklin App. No. 16AP–263, 2017-Ohio-2939.

**2016–0615. State ex rel. Kesterson v. Kent State University.**
In Mandamus.

**2016–1123. State ex rel. Kesterson v. Kent State University.**
In Mandamus. Respondent shall file a response to the complaint within 21 days.

**2017–0236. Pi in the Sky, L.L.C. v. Testa.**
Board of Tax Appeals, No. 2015–2005.

**2017–0430. State ex rel. Witt v. Indus. Comm.**
Franklin App. No. 15AP–804, 2017-Ohio-554.

*July 12, 2017*

2017-Ohio-5793.]